# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2107. LABARRION HARRIS v. THE STATE.**

In 2011, LaBarrion Harris pled guilty to armed robbery, aggravated assault, and other related offenses, and the trial court sentenced him to serve 20 years in prison. In an unpublished opinion, this Court affirmed the denial of his motion for an out-of-time appeal and motion to modify his sentence. See *Harris v. State*, Case No. A14A0811 (Sept. 22, 2014). Following multiple attempts to seek review of his convictions in this Court, Harris now appeals from the trial court's denial of his February 2019 "Motion to Correct Violation of Uniform Superior Court Rules 3.1 and 3.3." He complained that in violation of these rules, his 2010 arrest warrant was transferred from magistrate court without an order of the trial court, and he requested that he be returned to "Cobb County Jail for further proceedings." However, we lack jurisdiction to consider this appeal.

After a criminal conviction has been affirmed, a defendant seeking to challenge his conviction has three available remedies: he may file an extraordinary motion for new trial, a motion in arrest of judgment, or a petition for habeas corpus. *Harper v. State*, 286 Ga. 216, 217-218 (1) (686 SE2d 786) (2009). None of these remedies support the instant appeal. Harris, in essence, seeks to again challenge his convictions. However, he is not authorized to seek relief in this manner. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010) (post-conviction motion seeking

to vacate an allegedly void conviction is not a valid procedure in a criminal case). Therefore, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __07/12/2019__
 *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*